**LENAHAN v. CITY OF NEW YORK.** (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Anna Lenahan, an infant, etc., against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 907, 142 N. Y. Supp. 1127.

**LEUTKE v. FEDERAL BRASS & BRONZE Co.** (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Annie M. Leutke against the Federal Brass & Bronze Company. From a judgment for plaintiff, rendered by a judge without a jury, defendant appeals. Reversed, and new trial ordered. Walter L. Bunnell, of New York City, for appellant. Maurice Hyman, of New York City, for respondent.

BIJUR, J. Plaintiff sues for certain work done under a contract, to be found in three letters exchanged between the parties. These letters required the work to be "bronze electroplated to match sample." Plaintiff's bill of particulars says: "The rail (namely, the work contracted for) was completed by the plaintiff." Although the plaintiff thus plainly sued as upon full performance, he seeks to sustain the judgment on the theory of excuse for nonperformance which was not pleaded. He admitted that the work was not electro-plated. The issue of excusable nonperformance was not presented by the pleadings, and was injected only incidentally and accidentally into the trial. If it can be said to have been litigated, the burden was certainly not sustained by the plaintiff. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.

In re **LEVIEN.** (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of Douglas Levien, an attorney. No opinion. Referred to official referee. Settle order on notice.

**LEVITZKY v. BROWN et al.** (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Isaac Levitzky against Samuel Brown, impleaded with others. No opinion. Motion to dismiss appeal denied, with leave to renew after determination of motion for resettlement of order. Order filed. See, also, 143 N. Y. Supp. 1127.

**LEVITSKY v. BROWN.** (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Isaac Levitsky against Samuel Brown. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 143 N. Y. Supp. 1127.

In re **LEVOR.** (Supreme Court, Appellate Division, First Department. October 24, 1913.) In the matter of Harry Levor. No opinion. Referred to official referee. Settle order on notice.

**LEVY, Respondent, v. GUARDIAN TRUST CO., Appellant.** (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Charles E. Levy against the Guardian Trust Company. M. S. Borland, of New York City, for appellant. C. E. Lydecker, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**LEVY et al. v. WHITING.** (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from Municipal Court Borough of Manhattan, Seventh District. Action by Jacob L. Levy and another, copartners doing business as Levy Bros., against Jesse E. Whiting, doing business under the firm name of Veribest Lithograph Company. From a judgment for plaintiffs, defendant appeals. Affirmed, as modified. Lewis Schuldenfrei, of New York City (Emanuel Tepper, of New York City, of counsel), for appellant. Emanuel J. Livingston, of New York City, for respondents.

PER CURIAM. The judgment herein includes an item of $3.50, of which there was no proof given. It must therefore be reduced by that amount. Judgment reduced to the sum of $97.50 and appropriate costs in the court below, and, as reduced, affirmed, with costs.

**LIGHT, Respondent, v. PENNSYLVANIA R. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Augusta J. Light against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

**LINDE et al., Respondents, v. SECOR, Appellant, et al.** (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Ada V. Linde and others against George F. Secor, impleaded with others. S. Bacon, of New York City, for appellant. L. J. Morrison, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**LINDEN v. LIPPER et al.** (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Augustus Linden against Arthur Lipper and others. No opinion. Application denied, with $10 costs. Order signed.